IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HASTEH, LLC,

       Appellant,

v.

       Case No.  5D23-127
       LT Case No. 2019-CA-7192

TAVUS INVESTMENTS, LLC,
A FLORIDA LIMITED LIABILITY
COMPANY; SOUTHERN SWELLS
BREWING COMPANY, LLC,
A FLORIDA LIMITED LIABILITY
COMPANY; AND DUE AMICI
RESTAURATEURS, INC.
D/B/A GUSTO, ETC.,

       Appellees.

_____/

Decision filed July 11, 2023

Appeal from the Circuit Court
for Duval County,
Katie L. Dearing, Judge.

Bryan S. Gowdy, of Creed & Gowdy,
P.A., and Mark G. Alexander, Kelly
DeGance, Chandler Jolly, of
Alexander DeGance Barnett, P.A.,
Jacksonvile, for Appellant.

Michael Fox Orr, J. Michael Traynor,
Loreyn P. Raab, of Orr Cook,
Jacksonville, and Daniel Nordby,
Benjamin J. Gibson, Alyssa L. Cory,
of Shutts & Bowen LLP,
Tallahassee, for Appellees.

PER CURIAM.

AFFIRMED

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.